**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SEP 2 ° 2000

SHIRLENE ALLEYNE,                                    Case No.00-6113-CIV-FERGUSON

     Plaintiff,

vs.

EMSA CORRECTIONAL CARE, INC., a
Florida corporation,

     Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court on its regular review for activity. Pursuant thereto, the

Court has reviewed the docket and pertinent portions of the record. It appears that this case has been

pending without any record activity advancing the cause for more than three months. Therefore, it

is

**ORDERED AND ADJUDGED** that the plaintiff shall file a response with the Court no later

than ten (10) days from the date of this Order showing cause why this case should not be dismissed

for failure to prosecute.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 29th day of

September 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Saul Smolar, P.A.