CLOSED CIVIL CASE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



FILED by _____ D.C.

OCT 18 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SHIRLENE ALLEYNE,                          Case No.00-6113-CIV-FERGUSON

    Plaintiff,

vs.

EMSA CORRECTIONAL CARE, INC., a
Florida corporation,

    Defendant.
_____/

### ORDER DISMISSING CAUSE FOR LACK OF PROSECUTION

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. The Court has reviewed the pertinent portions of the record and the last recorded data of various proceedings. This case has been pending without any record activity in prosecution. Plaintiff has not responded to the Court's Order to Show Cause why this case should not be dismissed for failure to prosecute. Therefore, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED** without prejudice. Any motions pending are dismissed as moot. **The case is closed.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 18th day of October, 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Saul Smolar, P.A.