**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHIRLENE ALLEYNE,

    Plaintiff,

vs.

EMSA CORRECTIONAL CARE, INC.,

    Defendant.
_____/

Case No. 00-6113-CIV-FERGUSON

**NIGHT BOX FILED**

OCT 1 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PLAINTIFF SHIRLENE ALLEYNE'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, Shirlene Alleyne, by and through her undersigned attorney, files her response to this Court's Order to Show Cause dated September 29, 2000 and states that she has voluntary dismissed her action pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Notice of Voluntary Dismissal and proposed Order attached hereto as Exhibit "A."

Respectfully submitted this 18th day of October, 2000

*Saul Smolar*

LAW OFFICES OF SAUL SMOLAR, P.A.
Attorneys for Plaintiff
901 So. Federal Hwy., Suite 102
Ft. Lauderdale, FL 33316
FBN 346187
(954) 522-8850
(954) 522-0711



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHIRLENE ALLEYNE,

    Plaintiff,                              Case No. 00-6113-CIV-FERGUSON

vs.

EMSA CORRECTIONAL CARE, INC.,

    Defendant.
_____/

### PLAINTIFF SHIRLENE ALLEYNE'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Shirlene Alleyne, by and through her undersigned attorney, files this Notice of Voluntary Dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 18th day of October, 2000



LAW OFFICES OF SAUL SMOLAR, P.A.
Attorneys for Plaintiff
901 So. Federal Hwy., Suite 102
Ft. Lauderdale, FL 33316
FBN 346187
(954) 522-8850
(954) 522-0711


EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SHIRLENE ALLEYNE,**

    **Plaintiff,**      Case No. 00-6113-CIV-FERGUSON

vs.

**EMSA CORRECTIONAL CARE, INC.,**

    **Defendant.**
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon plaintiff's Notice of Voluntary Dismissal, filed October 17, 2000. Upon consideration of the Notice and review of the Record, it is

ORDERED AND ADJUDGED that this cause be, and the same is hereby dismissed without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41 (a) (1) (i).

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this ____ day of _____, 2000.

                                              WILKIE D. FERGUSON, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies provided:

Saul Smolar, Esq.