**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHIRLENE ALLEYNE,

    Plaintiff,   Case No. 00-6113-CIV-FERGUSON

vs.

EMSA CORRECTIONAL CARE, INC.,

    Defendant.
_____/

**NIGHT BOX FILED**

OCT 1 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### PLAINTIFF SHIRLENE ALLEYNE'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Shirlene Alleyne, by and through her undersigned attorney, files this Notice of Voluntary Dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 18th day of October, 2000

*Saul Smolar*

LAW OFFICES OF SAUL SMOLAR, P.A.
Attorneys for Plaintiff
901 So. Federal Hwy., Suite 102
Ft. Lauderdale, FL 33316
FBN 346187
(954) 522-8850
(954) 522-0711

